**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

v.

P.A.M. TRANSPORT, INC.,

Defendant.

Case No. 2:09-CV-13851
Hon. Victoria A. Roberts
Magistrate: Michael J. Hluchaniuk

LAURIE A. YOUNG
DEBORAH M. BARNO (P44525)
NEDRA CAMPBELL (P58768)
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Counsel for Plaintiff
Patrick V. McNamara Federal Building
477 Michigan Ave, Room 865
Detroit, Michigan 48226
(313) 226-3410 / 6584 fax

F.R. DAMM (P12462)
MICHAEL J. TAUSCHER (P31718)
SCOPELITIS, GARVIN, LIGHT,
HANSON & FEARY, PLC
Counsel for Defendant
535 Griswold St., Ste. 1818
Detroit, Michigan 48226
(313) 237-7400 / (313) 963-7425 fax

**NOTICE OF HEARING**

**PLAINTIFF'S MOTION**
**TO COMPEL DISCOVERY**

**PLAINTIFF'S BRIEF IN SUPPORT OF**
**PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

**CERTIFICATE OF SERVICE**

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

v.

P.A.M. TRANSPORT, INC.,

Defendant.

Case No. 2:09-CV-13851
Hon. Victoria A. Roberts
Magistrate: Michael J. Hluchaniuk

LAURIE A. YOUNG
DEBORAH M. BARNO (P44525)
NEDRA CAMPBELL (P58768)
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Counsel for Plaintiff
Patrick V. McNamara Federal Building
477 Michigan Ave, Room 865
Detroit, Michigan 48226
(313) 226-3410 / 6584 fax

F.R. DAMM (P12462)
MICHAEL J. TAUSCHER (P31718)
SCOPELITIS, GARVIN, LIGHT,
HANSON & FEARY, PLC
Counsel for Defendant
535 Griswold St., Ste. 1818
Detroit, Michigan 48226
(313) 237-7400 / (313) 963-7425 fax

**NOTICE OF HEARING**

TO: F.R. Damm & Michael J. Tauscher
Counsel for Defendant

PLEASE TAKE NOTICE that *Plaintiff's Motion to Compel Discovery* shall be heard at a time and date to be set by the Court.

s/ Nedra Campbell
NEDRA D. CAMPBELL (P58768)
Trial Attorney
DETROIT DISTRICT OFFICE
Patrick V. McNamara Federal Building
477 Michigan Ave, Room 865
Detroit, Michigan 48226
(313) 226-3410
Nedra.Campbell@eeoc.gov

Dated: September 2, 2010

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) | |
| Plaintiff, | ) | Case No. 2:09-CV-13851 |
| | ) | Hon. Victoria A. Roberts |
| v. | ) | Magistrate: Michael J. Hluchaniuk |
| P.A.M. TRANSPORT, INC., | ) | |
| Defendant. | ) | |


LAURIE A. YOUNG
DEBORAH M. BARNO (P44525)
NEDRA CAMPBELL (P58768)
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Counsel for Plaintiff
Patrick V. McNamara Federal Building
477 Michigan Ave, Room 865
Detroit, Michigan 48226
(313) 226-3410 / 6584 fax

F.R. DAMM (P12462)
MICHAEL J. TAUSCHER (P31718)
SCOPELITIS, GARVIN, LIGHT,
HANSON & FEARY, PLC
Counsel for Defendant
535 Griswold St., Ste. 1818
Detroit, Michigan 48226
(313) 237-7400 / (313) 963-7425 fax


**PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

Pursuant to Fed. R. Civ. P 37 (a)(3)(B) and E.D. Mich.L.Civ.R. 7.1(d)(2), Plaintiff Equal Employment Opportunity Commission requests that this Court enter an order compelling Defendant to respond to Plaintiff's First Set of Interrogatories and Plaintiff's First Set of Requests for Production of Documents. In support of its motion, Plaintiffs states as follows:

1. On June 21, 2010, Plaintiff served on Defendant *Plaintiff Equal Employment Opportunity Commission's First Set of Interrogatories* (Exhibit A), *Plaintiff Equal Employment*

*Opportunity Commission's First Request for Production of Documents and Electronically Stored Information* (Exhibit B), and *Plaintiff Equal Employment Opportunity Commission's First Set of Requests for Admissions*.

2. The Commission also provided Defendant's counsel with electronic versions of its discovery requests to make it easier for Defendant to respond.

3. On July 21, 2010, Defendant submitted *Defendant's Response to the Commission's First Set of Requests for Admissions*.

4. Although Defendant's responses to the Commission's other discovery requests were also due, Defendant did not submit responses.

5. In fact, Defendant did not reference its responses to these discovery requests; nor did Defendant indicate when it intended to respond.

6. Thereafter, counsel for Defendant contacted the Commission to obtain an extension of time to respond to discovery.

7. During this telephone conversation, Defendant suggested it could respond to the Commission's discovery requests by September 1, 2010, over a month after the due date.

8. Defendant did not, however, commit in writing to provide discovery requests by this date.

9. Although Plaintiff's counsel has repeatedly requested such a commitment, Defendant's counsel has not specified in writing when it intends to respond to Plaintiff's discovery requests.

10. On August 24, 2010, Plaintiff's counsel sent Defendant's counsel a letter and indicated that the Commission would file a motion to compel discovery if responses were not submitted by September 1, 2010. (Exhibit C).

11. Defendant has not submitted responses to Plaintiff's discovery requests.

12. Responses to the Commission's discovery requests were due on July 21, 2010, and are now over a month overdue.

13. It is imperative that Defendant promptly provide responses to Plaintiff's interrogatories and requests for production of documents as the information requested is both relevant and is reasonably calculated to lead to the discovery of admissible evidence pursuant to Fed.R.Civ.P. 26 (b)(1).

14. Pursuant to LR 7.1, prior to filing this motion, Plaintiff's counsel unsuccessfully sought concurrence in this motion.

15. Given Defendant's failure to comply with Plaintiff's discovery requests, Plaintiff respectfully requests that this Court enter an Order requiring Defendant to submit responses to Plaintiff's discovery requests within seven (7) calendar days, and award the Commission its attorneys' fees so wrongfully sustained for having to bring this motion, pursuant to Fed.R.Civ.P. 37(a)(5)(A).

Respectfully submitted,

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

LAURIE A. YOUNG
Regional Attorney

DEBORAH M. BARNO (P44525)
Supervisory Trial Attorney

s/ Nedra Campbell
NEDRA D. CAMPBELL (P58768)

Trial Attorney
DETROIT DISTRICT OFFICE
Patrick V. McNamara Federal Building
477 Michigan Ave, Room 865
Detroit, Michigan 48226
(313) 226-3410
Nedra.Campbell@eeoc.gov

Dated: September 2, 2010

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:09-CV-13851 |
| | ) | Hon. Victoria A. Roberts |
| v. | ) | Magistrate: Michael J. Hluchaniuk |
| | ) | |
| P.A.M. TRANSPORT, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| ____________________________________/ | | |


| | |
|---|---|
| LAURIE A. YOUNG<br>DEBORAH M. BARNO (P44525)<br>NEDRA CAMPBELL (P58768)<br>EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION<br>Counsel for Plaintiff<br>Patrick V. McNamara Federal Building<br>477 Michigan Ave, Room 865<br>Detroit, Michigan 48226<br>(313) 226-3410 / 6584 fax | F.R. DAMM (P12462)<br>MICHAEL J. TAUSCHER (P31718)<br>SCOPELITIS, GARVIN, LIGHT,<br>HANSON & FEARY, PLC<br>Counsel for Defendant<br>535 Griswold St., Ste. 1818<br>Detroit, Michigan 48226<br>(313) 237-7400 / (313) 963-7425 fax |


____________________________________/

**BRIEF IN SUPPORT OF PLAINTIFF'S**
**MOTION TO COMPEL DISCOVERY**

**TABLE OF CONTENTS**

INDEX OF AUTHORITIES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -3-

STATEMENT OF ISSUES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -4-

STATEMENT OF MOST APPROPRIATE AUTHORITY . . . . . . . . . . . . . . . . . . . . . . . . . . -5-

STATEMENT IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DISCOVERY . . . -6-

INDEX OF EXHIBITS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -7-

CERTIFICATE OF SERVICE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -8-

**INDEX OF AUTHORITIES**

E.D. Mich. LR 7.1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -6-

Fed.R.Civ.P. 33 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -5-, -6-

Fed.R.Civ.P. 34 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -5-, -6-

Fed.R.Civ.P. 37 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -5-, -6-

## STATEMENT OF ISSUES

Is Plaintiff entitled to an Order compelling Defendant to respond to Plaintiff's discovery requests?

The Commissions Answers: Yes.

Defendant Answers: No.

## STATEMENT OF MOST APPROPRIATE AUTHORITY

Federal Rules of Civil Procedure 33, 34, and 37.

**STATEMENT IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

Plaintiff relies on Fed.R.Civ.P. 33, 34, 37, LR 7.1 and all the reasons set forth in *Plaintiff's Motion to Compel Discovery* for the relief sought herein.

Respectfully submitted,

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

LAURIE A. YOUNG
Regional Attorney

DEBORAH M. BARNO (P44525)
Supervisory Trial Attorney

s/ Nedra Campbell
NEDRA D. CAMPBELL (P58768)
Trial Attorney
DETROIT DISTRICT OFFICE
Patrick V. McNamara Federal Building
477 Michigan Ave, Room 865
Detroit, Michigan 48226
(313) 226-3410
Nedra.Campbell@eeoc.gov

Dated: September 2, 2010

**INDEX OF EXHIBITS**

Exhibit A – *Plaintiff Equal Employment Opportunity Commission's First Set of Interrogatories*

Exhibit B – *Plaintiff Equal Employment Opportunity Commission's First Request for Production of Documents and Electronically Stored Information*

Exhibit C – August 24, 2010, Correspondence to Counsel

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

v.

P.A.M. TRANSPORT, INC.,

Defendant.

Case No. 2:09-CV-13851
Hon. Victoria A. Roberts
Magistrate: Michael J. Hluchaniuk

LAURIE A. YOUNG
DEBORAH M. BARNO (P44525)
NEDRA CAMPBELL (P58768)
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Counsel for Plaintiff
Patrick V. McNamara Federal Building
477 Michigan Ave, Room 865
Detroit, Michigan 48226
(313) 226-3410 / 6584 fax

F.R. DAMM (P12462)
MICHAEL J. TAUSCHER (P31718)
SCOPELITIS, GARVIN, LIGHT,
HANSON & FEARY, PLC
Counsel for Defendant
535 Griswold St., Ste. 1818
Detroit, Michigan 48226
(313) 237-7400 / (313) 963-7425 fax

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2010, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record, F.R. Damm and Michael Tauscher, to their electronic mail address on file with the Clerk of the Court.

s/ Nedra Campbell
Nedra D. Campbell (P58768)