# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

v.

P.A.M. TRANSPORT, INC.,

Defendant.

Case No. 2:09-CV-13851
Hon. Victoria A. Roberts
Magistrate: Michael J. Hluchaniuk

LAURIE A. YOUNG
DEBORAH M. BARNO (P44525)
NEDRA CAMPBELL (P58768)
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Counsel for Plaintiff
Patrick V. McNamara Federal Building
477 Michigan Ave, Room 865
Detroit, Michigan 48226
(313) 226-3410 / 6584 fax

F.R. DAMM (P12462)
MICHAEL J. TAUSCHER (P31718)
SCOPELITIS, GARVIN, LIGHT,
HANSON & FEARY, PLC
Counsel for Defendant
535 Griswold St., Ste. 1818
Detroit, Michigan 48226
(313) 237-7400 / (313) 963-7425 fax

**PLAINTIFF EQUAL EMPLOYMENT OPPORTUNITY COMMISSION'S**
**FIRST REQUEST FOR PRODUCTION OF**
**DOCUMENTS AND ELECTRONICALLY STORED INFORMATION**

In accordance with Rules 26 and 34 of the Federal Rules of Civil Procedure, Plaintiff, Equal Employment Opportunity Commission, requests that Defendant produce the documents and electronically stored information designated below. The documents and electronically stored information shall be produced within 30 days after the service of this Request.

## GENERAL DEFINITIONS AND INSTRUCTIONS

1. The answers to these Requests for Production of Documents must include all information known to Defendant PAM Transport, Inc., its attorneys, investigators, experts, and agents, and all information otherwise reasonably available to Defendant.

2. These Requests for Production of Documents are deemed to be continuing in nature, so that any information Defendant receives after its filing and serving of initial responses which could cause any deletion from, addition to, or modification of its responses shall immediately be served on counsel for the Commission.

3. For any questions answered in whole or in part with "the investigation is continuing," or any substantially similar indication of a lack of finality in the response or absence of response, state the nature of such continuing investigation, the name, most recent available address and telephone number of each person and entity conducting each such investigation, and the projected completion date of each such investigation.

4. Identify by date, sender, receipt, location and custodian each document which contains information that forms a basis for the answer given or which corroborates the answer given or the substance of what is given in answer to an interrogatory.

5. When used in conjunction with the term "document", "identify" means to state the document's title and subject matter, its date, its author(s), its recipient(s), and its location and present custodian. In the case of a document that was, but is no longer in the possession, custody or control of Defendant or its agents, state what disposition was made of it, why, when, and by whom.

6. The following terms shall have the meanings indicated below:

a. "Person" means natural persons, companies, corporations, holding companies, subsidiaries, parent companies, partnership, sole proprietorships, agencies, associations, federations, groups, facilities or any other kind of entity.

b. "Document" means any electronic, printed, typewritten, handwritten, or otherwise recorded matter of whatever character, including, but not limited to, electronic mail, letters, purchase orders, memoranda, notes, catalogues, brochures, diaries, reports, calendars, interoffice communications, statements, announcements, photographs, tape recordings, motion pictures and any carbon or photographic copies of such material if Defendant does not have custody or control of the original.

c. For the purpose of these requests, the terms "documents" and "electronically stored information" shall have the meanings ascribed to then in Rule 34(a) of the Federal Rules of Civil Procedure.

d. Electronically stored information shall be produced in a format accessible to counsel on a CD-R, or DVD-R, or on some other media agreed to in writing by EEOC counsel.

## REQUESTS FOR PRODUCTION

1. Produce copies of documents that demonstrate Defendant's corporate structure and relationship with PAM Transportation Services Inc. ("PTSI").

2. Produce copies of any and all employment practices liability insurance policies, or copies of any other insurance policies that may cover the allegations set forth in Plaintiff's Complaint or other allegations of employment discrimination. If none exist, please so state.

3. Produce copies of Defendant's employee handbooks and driver manuals as of January 2005, through the present and continuing through trial.

4. Produce a copy of John Doe's entire un-redacted personnel file.

5. Produce a copy of John Doe's entire un-redacted medical file.

6. Produce a copy of any and all email communications regarding John Doe. If none exist, please so state.

7. Produce a copy of any other documents or files regarding John Doe.

8. Produce a copy of any and all documents submitted by Defendant to Driver Solutions regarding John Doe.

9. Produce a copy of any and all documents submitted by Driver Solutions to Defendant regarding John Doe.

10. Produce a copy of any and all documents, including email communications, between Defendant and Driver Solutions regarding truck drivers who Defendant decided to terminate from January 1, 2005, until the present and continuing through trial.

11. Produce a copy of Defendant's profit-loss statements from January 1, 2005, until the present and continuing through trial.

12. Produce a copy of all documents Defendant has in its possession which support its contention set forth in Defendant's affirmative defenses that Doe failed to exhaust his administrative remedies. If none exist, please so state.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Respectfully submitted,

s/ Nedra Campbell
NEDRA D. CAMPBELL (P58768)
Trial Attorney
DETROIT FIELD OFFICE
Patrick V. McNamara
477 Michigan Avenue, Room 865
Detroit, Michigan 48226
Nedra.Campbell@eeoc.gov
Tel. No. (313) 226-3410

Dated: June 21, 2010

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

v.

P.A.M. TRANSPORT, INC.,

Defendant.

Case No. 2:09-CV-13851
Hon. Victoria A. Roberts
Magistrate: Michael J. Hluchaniuk

LAURIE A. YOUNG
DEBORAH M. BARNO (P44525)
NEDRA CAMPBELL (P58768)
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Counsel for Plaintiff
Patrick V. McNamara Federal Building
477 Michigan Ave, Room 865
Detroit, Michigan 48226
(313) 226-3410 / 6584 fax

F.R. DAMM (P12462)
MICHAEL J. TAUSCHER (P31718)
SCOPELITIS, GARVIN, LIGHT,
HANSON & FEARY, PLC
Counsel for Defendant
535 Griswold St., Ste. 1818
Detroit, Michigan 48226
(313) 237-7400 / (313) 963-7425 fax

**CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2010, I served Defendant with *Plaintiff Equal Employment Opportunity Commission's First Set of Requests for Documents and Electronically Stored Information* on Defendant's counsel via regular mail at:

F.R.Damm, Esq.
Michael J. Tauscher, Esq.
Scopelitis, Garvin, Light, Hanson & Feary, PLC
535 Griswold Street, Ste. 1818
Detroit, Michigan 48226

s/ Nedra Campbell
Nedra D. Campbell (P58768)