UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

        Plaintiff,        Civil Action No.
                                        09-CV-13851
vs.
                                        HON. MARK A. GOLDSMITH
P.A.M. TRANSPORT, INC.,

        Defendant.
_____/

## **ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

On October 15, 2010, this matter came before the Court on Plaintiff's Motion to Compel Discovery [docket entry 23]. A telephonic hearing was held and oral argument heard. For the reasons stated on the record,

IT IS ORDERED that Plaintiff's Motion to Compel Discovery is granted. Defendant shall respond to Plaintiff's First Set of Interrogatories and First Request for Production of Documents within one week of today's date. Any motion for a protective order shall also be filed within one week of today's date.

Dated: October 15, 2010                        s/Mark A. Goldsmith
      Flint, Michigan                       MARK A. GOLDSMITH
                                           United States District Judge

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on October 15, 2010.

                                           s/Deborah J. Goltz
                                           DEBORAH J. GOLTZ
                                           Case Manager