**INDEX OF EXHIBITS**

Exhibit A – Protective Order Proposed by Commission on August 9, 2010

Exhibit B – Protective Order Proposed by Defendant on September 13, 2010

Exhibit C – Protective Order Proposed by Commission on September 14, 2010

Exhibit D – Defendant's Responses to the Commission's discovery requests

Exhibit E – Proposed Protective Order

Exhibit F – *Lewis v. St. Luke's Hospital Ass'n, et. al.*, No. 96-4147, 1997 U.S. App. LEXIS 34854 (6th Cir. Dec. 9, 1997) (unpublished)