# EXHIBIT A

INJURY OR ILLNESS

OCCUPATIONAL INJURY DEPARTMENT

REPORTING PROCEDURES

Should you sustain an injury while on the job, report it within 24 hours to the Occupational Injury Department. You must report all injuries BEFORE seeing a doctor unless it is an emergency. Should you need emergency treatment, you must call from the place of treatment.

FULL DUTY VS RESTRICTED DUTY RELEASES

Prior to returning to work, you must hold a FULL duty release, no restrictions, from the treating physician. If you are given a RESTRICTED duty release to return to work, you must contact the Occupational Injury Department immediately so that preparation for a position, accommodating your specific restriction(s), can be made at one of our terminals. (Depending on your city and state of residence, travel to a terminal may be necessary)

JURISDICTION FOR FILING CLAIMS

Jurisdiction will be determined by the Occupational Injury Department based on your specific employment details, such as state of hire, subsidiary and terminal location you are associated with.

MEDICAL CLEARANCE

Per FMCSR 391.41 Physical Qualifications for Drivers.

(a) A person shall not drive a commercial motor vehicle unless he/she is physically qualified to do so and, and has on his/her person the original, or a photographic copy of a medical examiner's certificate that he/she is physically qualified to drive a commercial vehicle.

Per Company policy, illness or injury needs to be reported to the Medical Compliance Department. If a driver seeks medical treatment through a licensed health care facility or medical provider, he or she will need to be cleared through the Medical Compliance Department prior to getting back on the truck. This protocol has been established to ensure the safety of our drivers, the welfare of the public in general and compliance with DOT guidelines and internal criteria of the Medical Compliance Department. Prescription drugs must be reported to the Medical Compliance Department before being allowed on the truck to ensure DOT compliance.

DRIVER NOTES