# EXHIBIT D

Q And why did you decide to leave for P.A.M. Transport?
A P.A.M. Transport offered benefits, where I didn't have any at Lindsey.
Q When you say "benefits," what do you mean by that?
A Insurance.
Q So you didn't have insurance at Lindsey Management, P.A.M. offered insurance so you took the P.A.M. job?
A Correct.
Q And what job did you take at P.A.M.?
A Medical review clerk.
Q Prior to working for P.A.M., had you ever been a medical review clerk?
A No.
Q Had you ever had any training in the medical field?
A No.
Q And when exactly did you begin with P.A.M. as a medical review clerk?
A 10 of 2004.
Q And who was your supervisor when you began?
A Janice Brown.



Q How long were you in that position?
A For approximately three years.
Q So from 2004 to 2007 you were a medical review clerk?
A Correct.
Q During that time, did you have any other positions within P.A.M.?
A No.
Q What were your responsibilities in the position as medical review clerk?
A I would -- when the drivers would go to the doctor and fax in their paperwork, I would match that paperwork up to their first report of injury and process it for review.
Q Okay. So you would take calls from the drivers or -- explain to me exactly what your day looked like as a medical review clerk?
A I would take calls from the driver. If they were calling in to tell me they were going to a doctor, I would shut them down. I would complete the paperwork and then wait for the paperwork to be faxed to us for review. I also took calls from drivers looking to get cleared. I would also put in physical information to have our students at the schools to have their physicals.



Q Let's just kind of break it down task by task. You said you would complete the paperwork, what do you mean exactly when you say you would complete the paperwork?
A When a driver would call in, there's paperwork that you filled out, called a "First Report of Injury," and you -- that just consists of their name, driver code, what they were doing. And then we would shut them down on the computer, which means they weren't allowed to be dispatched until they cleared our department. And then once they have their appointment, they would fax into us the necessary items to get them cleared.
Q Okay. When you say you would call -- this is the first report of injury?
A Correct.
Q So were you only taking calls from drivers who had been injured?
A No, it's just a form. It's first report of injury. It could be them going to the dentist office, to a doctor's appointment, to maybe the ER.
Q So even though the paperwork is called the "first report of injury," it's not necessarily related to any sort of an injury that the driver had?



A Correct.
Q So the driver could be going in for a physical, and you would fill out the first report of injury report?
A Yes.
Q And I'm sorry, because I know we're talking about many different sorts of physicals here, just a regular yearly wellness physical, not a DOT physical, so if a driver is going in for a wellness physical, you would fill out a first report of injury?
A Correct.
Q And if a driver's going in for a teeth cleaning, you would fill out a first report for injury.
A Correct.
Q So any time a driver had a contact with a medical professional you'd fill out a first report of injury?
A Yes.
Q And you said that you would -- I'm sorry. You said it before, but could you explain to me what exactly the information was that you put on this first report of injury?
A Their name, their driver code, their truck

number, their call back number, what they were going to the doctor for, the date, who their driver manager was, and that's all.
Q And you said you would shut them down as of that date, what does that mean, the word "shut down"?
A "Shut down" means that you go onto the computer and you put an "X" and when you put an "X" and update the screen, it automatically goes to their driver manager, making them aware that they're not allowed to be dispatched out on the truck until they've cleared our department.
Q You said you put an "X," where do you put an "X"?
A On the computer screen.
Q Okay. So like next the name or...
A It's somewhere up there on the top.
Q And then that report goes to the driver's...
A Manager.
Q And what does it say to the manager?
A I'm not exactly sure, but I believe it says, "Medical compliance alert," is how they get notified through a Qualcomm that pops up on their computer.



Q Okay. When you say "a Qualcomm," can you describe specifically what you mean by a Qualcomm?
A It's like an instant message.
Q When you say "their computer," where are these computers for your driver?
A Their computers are over in the third story buildings.
Q "Their computers" and when we say "their," you're talking about the managers' computers on the third-story building?
A Correct.
Q Where are the drivers' computers, or do the drivers have computers?
A The drivers don't have computers, but they have a Qualcomm system in their truck.
Q Okay. Qualcomm system, could you explain to me exactly what a Qualcomm system is.
A Exactly like instant message. So our -- I can talk to a driver, I can shoot him a message, and he can respond back to me.
Q What does it look like? Does it look like a laptop computer?
A I don't know.
Q Okay. Or is it a handheld cell phone sort of thing?



A I don't believe they're handheld, but I don't know exactly what they look like.
Q But from your understanding, on your end you send a message out through the Qualcomm system, if you want to talk to a driver, it pops for the driver, and they can communicate with you via Qualcomm?
A Correct.
Q And in this instance, when we're talking about a shut down, you put a message on a -- the Qualcomm to the driver's supervisor; is that correct?
A Correct, through the driver's code, through their short name.
Q Do you put on the Qualcomm system, when you're talking to the supervisor about a medical shut down, the reason for a medical shut down?
A No.
Q You just tell them that they -- it's a medical compliance check?
A Alert.
Q And when the driver is shut down, that means he cannot drive, he or she cannot drive anymore; is that correct?
A Correct.



Q Do you know if they're paid during the time that they're on shut down, the drivers?
A I don't know.
Q And so, okay, you explained that the drivers call in to you, you fill out the first injury report, you then put them -- the driver on shut down. After that, what happens?
A Once they've had their appointment, there's three things that we would like for them to fax back to us, one is a return-to-work, the date that they can, what their diagnosis was, and any medication that was given to them.
Q So where do you put that information, the information about the diagnosis, medication, and return to workday?
A That goes into their screen under their name that only medical compliance can see.
Q Okay. And once the driver gives you that information, what happens after that?
A Then the block is taken off of him, the driver manager gets another alert that he's been cleared and he's free to be dispatched.
Q Are all drivers cleared once they give the information about the return to work date, their diagnosis, and their medical -- I'm sorry, their

prescriptions?
A Normally they are, yes.
Q "Normally they are," so does that mean that not every driver is cleared once they give you those three pieces of information?
A Correct.
Q Correct that --
A They're not.
Q So not all drivers are cleared?
A Yes.
Q After you put the information -- after the driver returns the information requested on the first injury report and you input that information, you send that information off to the supervisor, there anything -- any other contact you have with the driver?
A Either just they'll call in or I call them to let them know they've been cleared.
Q Other than the -- what we've just described, are there any other duties or responsibilities of a medical review clerk?
A Well, I might -- the position was brand new when I started there, so sometimes I would -- we would review some of the physicals, the school physicals.



Q When you say "the school physicals," what do you mean by that?
A We are a driving company that offers training to students at schools, and they are required to have a physical and a drug screen.
Q When you say "schools," do you mean driving schools?
A Correct.
Q So we're not talking public high schools or anything like that?
A No.
Q So what would you do in reviewing the school physicals?
A We would get a copy of their physical, as well as a copy where we submitted to have them have the physical, and we would review that, making sure their blood pressures were okay, they weren't on any medications that weren't allowed, just general information.
Q So when you're talking about the physicals, these school physicals that we've been discussing, are you talking about the Department of Transportation physical that they have to pass?
A DOT physical, yes.
Q Okay. And you would review those



physicals, had those physicals already been reviewed by a medical professional?
A Yes.
Q What was your duty in reviewing the physicals?
A To put -- input the information into their screen, that screen for their physicals.
Q Based on the physicals that you -- that you reviewed, did you ever put a driver on shut down status?
A We -- they -- we can't do that on a -- on a student.
Q What do you mean you --
A We can put them --
Q I'm sorry, just a second, let me ask the question, then I'll give you a chance to answer it.
What do you mean you can't do that on a driver -- I'm sorry, on a student?
A You can't -- they're not on a truck yet, so you can't shut them down.
Q And so you were going to continue on, I'll let you go.
A You can pend their physical, asking for more additional information, sometimes they didn't fill out all of the questionnaire or whatever, and



have them call you.
Q So the physicals that you were reviewing, had the -- the students that you were reviewing physicals for, those individuals, had they already been passed -- had they already passed a physical per a medical professional?
A Not always, but usually.
Q So you were reviewing the physicals of students who had already passed their DOT physical?
A Correct.
Q And those students, even though they already passed the DOT physical, you would still review the paperwork to make sure it was...
A Yes, sometimes there were medical cards that weren't signed, sometimes they got a one-year card versus a two-year card or sometimes their eye wear wasn't marked on the medical card and so, yeah.
Q So if you didn't find the physical acceptable by your standards, even though they had passed with a doctor, could you refuse to allow students to drive once they finished classes, you as a medical reviewer?
A If there was ever an issue where -- I don't know what it would be, but those are always given to Janice to review.

personal review?
A I have -- I probably had a driver manual book at my desk.
Q Did you ever refer to that policy or read that policy?
A Yes.
Q What's your understanding of the circumstances under which a driver would have to submit paperwork or notify you of a medical encounter? What's your understanding of the circumstances in which a driver needed to do that?
A When they saw a medical professional.
Q So is it your understanding that any time they saw a medical professional for any reason they needed to call you?
A Correct.
Q So it would not be correct to say that a driver only had to call you if he experienced an injury?
A You are correct.
Q And it would -- would it be -- it's not correct to say that a driver only had to consult the medical compliance department when they were off on sick leave?
A Correct.



Q So even if a driver didn't take sick leave but they sought medical attention for any reason, they would still need to contact medical compliance department?
A Yes.
Q And I'm going to give you a copy.
A Okay.
Q I'll give you a copy.
MR. DAMM: Do I want a copy? I'd appreciate a copy. I assume you're going to make it an exhibit.
MS. MACK-BROWN: Yes, we're going to make that an exhibit.
Q (BY MS. MACK-BROWN) And just to remind you, I've had this happen in the past, at the end of the deposition she will gather all the documents. Please do not leave the deposition with the documents.
And if you can direct yourself to page -- well, what is Bates numbered -- do you see the numbers stamped at the bottom?
A Yes.
Q Twenty-eight?
MR. DAMM: Excuse me, just for the record, I would suggest we mark this because this is an



incomplete -- it's not the driver's manual. It's a few pages of the driver's manual, just for the record.
MS. MACK-BROWN: Okay. Well, I'm only directing her to page 28.
MR. DAMM: My point, for the record, is that there are pages, but this document that you've asked her to look at it is only about six or seven pages.
Q (BY MS. MACK-BROWN) Okay. Well, these are portions of the driver manual, and what I'm asking you to look at is what's Bates numbered page 28. Could you review that and let me know when you've had a chance to review it completely?
A The whole page?
Q Yes, please.
MR. DAMM: Just, again, for the record, can you tell us do you have a copy that has the -- this is all off, and we're missing some on the right-hand side of the page 28.
MS. MACK-BROWN: That might just be your copy. Both of ours are complete. That might have been just be the way that your copy came out, but the one she is looking at is not missing anything on the right-hand side.



MR. DAMM: Well, I'm going to object. The record will show that there are missing words on the right-hand side of the Bates number that said 4029.
MS. MACK-BROWN: Yes, but as I stated, and the record will also reflect, that there's no missing copy on what's Bates numbered 000028. So the page that we're looking at --
MR. DAMM: Twenty-eight?
MS. MACK-BROWN: -- 28, the page that we're looking at right now, that we're referring to right now, the medical clearance policy, there's no missing information on that page.
THE WITNESS: Okay. I'm ready.
MR. DAMM: Okay.
Q (BY MS. MACK-BROWN) Ms. McCarty, would you agree that this is -- that there is nothing missing on the right-hand portion of the page you're looking at, what's Bates numbered 000028?
A Yes.
Q And if you can direct your attention towards the section that's titled "Medical Clearance." It's at the -- it's like the bottom third of the page. Do you see that?
A Yes.
Q Is this the medical policy -- the Medical

Clearance policy, that we referred to earlier?
A Yes.
Q That you were referring to earlier?
Is this the Medical Clearance policy that we were discussing earlier in the deposition when we said "Medical Clearance policy"?
A Yes.
Q Okay. Could you read for me the medical clearance policy?
A Okay. The physical qualifications for drivers?
Q Well, start where it says "per FM CSR."
A Okay. "Per FM CSR 391.41 physical qualifications for drivers.
"A, a person shall not drive a commercial vehicle unless he or she is physically qualified to do so and -- and has on his or her personal -- or person the original or photographic copy of a medical examiner's certificate that he or she is physically qualified to drive a commercial vehicle."
Q And could you continue reading the next paragraph?
A "Per company policy, illness or injury needs to be reported to the medical compliance department. If a driver seeks medical treatment



through a licensed health care facility or medical provider, he or she will need to be cleared through the medical compliance department prior to getting back on the truck. This protocol has been established to ensure the safety of our drivers, the welfare of the public in general, and compliance with DOT guidelines and internal criteria of the medical compliance department. Prescription drugs must be reported to the medical compliance department before being allowed on the truck to ensure DOT compliance."
Q So if we look at the first sentence of the second paragraph you read, the sentence that begins with "per company policy."
A Okay.
Q This sentence is incorrect in that the company required drivers to report more than just illnesses or injuries. Is that a fair statement?
A I don't understand.
Q Here it says, "Per company policy, the illness or injury needs to be reported to the medical compliance department"; is that correct?
A Yes.
Q But you earlier testified that even if an individual was not sick or they did not have an



injury, they still needed to report their interaction with the medical professional to the medical compliance department; is that correct?
A Yes.
Q So the circumstances under which someone had to report to the medical compliance department was -- were not limited to only illnesses and injuries?
A Correct. And I think that's covered in the next sentence.
Q In the next sentence, okay. So I'm just going to go through a few examples. If I went in for a yearly physical, I think we talked about that earlier, a wellness checkup, I had to report that to the doctor -- I mean, I'm sorry, the medical compliance department; is that correct?
A Correct.
Q And again, we talked about, I believe, a gynecological exam, a Pap smear, you weren't sick or injured or hurt in any way, but you just went in for a yearly exam, that had to be reported to you?
A Yeah.
Q And what about if someone went in for a vaccination, like a flu shot, would you need to have that reported to you?



A Yes.
Q And dental cleanings, we talked about that earlier?
A Yeah.
Q What about, you know, for example, I have bad allergies, and I go in every so often to get a refill on my allergy prescription. They have to see you once a year to update your prescription. I'm not sick or injured or anything, I just need an update on my prescription. Would you have to see those medical document -- that medical documentation --
A Yeah.
Q -- after that, after I went for that visit?
A Yes.
Q Okay. We talked about medical releases earlier and there being three things on the medical release. Could you repeat to me what the medical release is?
A The return-to-work, diagnosis, and what medications were given.
Q So if a doctor sent in, let's say one of your drivers went in for a physical, a wellness physical, and a driver sent in a doctor's note just

saying, "I saw Joe -- John Doe on April 18th, 2011. He's fine. Return to work as of today." Would that be acceptable in the medical department?
A We would want to know what he sought treatment for, why.
Q And --
A If it's a wellness check, then a wellness check.
Q So if the doctor said -- wrote back and said, "I saw John Doe for a wellness check on February 18th, 2011, he's fine to return back to work," would the medical compliance department, when you worked there, would you require more information?
A Yes.
Q And what information would you require?
A What medications were given, if any.
Q And if there were no medicines given, would you require any additional information?
A No.
Q Would you require -- under those circumstances, let's say during a physical, I think it's understood that they check your blood pressure, they check your heart rate, they check different body systems to make sure that they're okay. Would



you require the information on any of those checks to be given to the medical compliance department before clearing a driver to return to work?
A Yes. If he was treating for a blood pressure issue, I would request what his blood pressure was.
Q Well, during the physical, you're not necessarily treating for a blood pressure issue, they're taking your blood pressure, just to make sure there aren't any blood pressure issues.
A Uh-huh.
Q Would you require a doctor, who's doing a routine physical for a driver, to report to you the outcomes of all the tests that the doctor did on that driver during that routine physical?
A No.
Q What about a Pap smear, would you require that a doctor report to you the results of all the tests that go on during a Pap smear?
A No.
Q In your opinion, does the fact that a driver goes in for a physical give you reason to think that he's not able to drive a truck?
A Ask that question again.
Q In your opinion, if a driver goes in for a



physical, again, not the DOT physical but a routine physical, is there any reason to believe that he's no longer able to drive, he or she are no longer able to drive a truck?
A No.
Q What about if a driver goes in for a gynecological exam, a routine gynecological exam, do you have any reason to believe that that driver is unable to drive a truck?
A No.
Q What about a flu shot, going in for a flu shot, is there anything about going in for a flu shot that makes you think the driver is unable to drive a truck?
A No.
Q And you earlier testified, though, that under all those circumstances they're required to report to the medical department their interaction with the doctor?
A Correct.
Q Now, let's discuss other than routine -- I won't say "routine," but physical examinations, wellness checkups, so we agree that a wellness physical, a yearly physical is a checkup. A Pap smear may be a wellness checkup. A vaccination is



probably intended to be a wellness checkup or something of that nature. So there's no illness involved in those interactions; is that correct?
A Correct.
Q What if someone goes to the doctor because they have a cold, sinus infection, does the fact that the person have a cold make you believe that there's anything -- that they're unable to drive a truck?
A No.
Q What about a sinus infection, does the fact that they are -- they have a sinus infection and are being treated for a sinus infection make you think they're unable to drive a truck?
A No.
Q Do you require individuals, drivers report the fact that they've been to a doctor for a -- I'm sorry, for a sinus infection or a cold?
A Any time they go to the doctor.
Q And if a driver's actually diagnosed with some issue during their visit to a medical professional, let's say I go in for a cold and I'm diagnosed with bronchitis, do you require that the diagnosis actually appear on the release --
A Yes.

Q -- we discussed earlier?
A Yes.
Q So under all circumstances a diagnosis is required on that release?
A Yes.
Q Now, what if the doctor gives you a release that says, "I've seen this person and he's fine to return back to work in three days"? The doctor's stated that there's nothing wrong with this person, "He's fine to return back to work in three days," regardless, you still require that the actual diagnosis be listed on the --
A Yes.
Q -- the return-to-work?
Can you describe to me what the release you send to the doctor looks like?
A I don't send the release. I get one back.
Q Okay. Who sends the release out?
A They send to me. There's not a release. Sometimes it's just a letter. Sometimes it's on their prescription pad.
Q Okay. So I'm sorry, I misunderstood. So P.A.M. doesn't actually provide the doctors with a release. The drivers just send you whatever paperwork their doctors gave them?



A Correct.
Q And if the driver's doctor just gives you paperwork saying that, "This individual is released to come back to work in three days," you require more than that?
A Correct.
Q Are there any situations when you actually -- when the medical compliance department actually sends to the doctor any forms the doctor needs to fill out in order for the person to be cleared to return to work?
A Yeah. I know that we have sent paperwork to doctors to complete if there was maybe a female driver that was pregnant.
Q So what kind of paperwork would you send to a doctor to complete on a female driver that was pregnant?
A We would send their job description, as well as asking them, you know, when they could return to work, that kind of thing.
Q And have you ever -- other than the driver that was pregnant, have you ever sent out that same sort of paperwork when -- with a job description -- I'm sorry, the job description, have you ever sent out that paperwork in other circumstances?



A I have not, but that would probably be something that Janice would do in a bigger situation than what I would handle.
Q Now, were you responsible for sending out the paperwork to the doctor in the situation where the driver was pregnant?
A If -- either I or Janice.
Q Would you have done that on your own volition? Would you have sent the paperwork for the pregnant driver on your own volition or would that have been at the direction of Janice?
A At the direction of Janice.
Q So when driver paperwork is sent to a medical provider for return, that always comes from Janice, that's not coming from you?
A Correct.
Q Did you ever receive any specific training on this medical clearance policy while you were in the medical compliance department?
A Just from Janice and being in her office and watching the procedures.
Q So did Janice ever tell you, sit down and explain to you specifically what the requirements were under this policy?
A Do you mean the return to work, the --



Q Yes.
A Yes, uh-huh.
Q And did Janice, at the time she talked to you about the medical clearance policy, speak with you about disabilities or accommodating disabilities?
A No.
Q Did she ever speak with you about disability discrimination when she taught you what to do under the medical clearance policy?
A No.
Q Did she ever discuss with you disability discrimination or accommodating disabilities at all while you worked for her?
A No.
Q Did anyone ever talk to you about accommodating disabilities and disability discrimination?
A No.
Q And again, that's while you worked in the medical compliance department? Did anyone discuss those issues while you worked in the medical compliance department?
A No.
Q Has anyone discussed those issues with you