UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff,

vs.

P.A.M. TRANSPORT, INC.,

    Defendant.
_____/

Civil Action No.
09-CV-13851

HON. MARK A. GOLDSMITH

## ORDER APPOINTING THIRD PARTY DECISIONMAKER AND CLOSING THE CASE

Pursuant to paragraph ten of the Stipulated Order Regarding Resolution of Case ("Stipulated Order") (Dkt. 128) and the stipulation of the parties as reflected in the August 30, 2012 letter to the Court of Defendant's counsel (attached hereto), the Court appoints retired Wayne County Circuit Court Judge Pamela Harwood to serve as third party decisionmaker in this matter. The Court directs the Clerk of Court to close this case; however, pursuant to the parties' Stipulated Order, the Court retains jurisdiction to enforce the decision of the third party decisionmaker. See Stipulated Order ¶ 10.

SO ORDERED.

Dated: September 10, 2012
Flint, Michigan

MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE



## SCOPELITIS
### GARVIN LIGHT HANSON & FEARY

*The full service transportation law firm*

635 Griswold Street
Suite 1818
Detroit, MI 48226

www.scopelitis.com
Main (313) 237-7400
Fax (313) 963-7425

**Fritz R. Damm**
fdamm@scopelitis.com
(313) 237-7401

August 30, 2012

**VIA EMAIL**
Hon. Mark A. Goldsmith
United States District Court
For the Eastern District of Michigan
Federal Building & U.S. Courthouse
600 Church St., Rm. 132
Flint, MI 48502

RE:   EEOC v. P.A.M. Transport
      U.S. District Court Case No: 4:09-cv-13851

Dear Judge Goldsmith:

As the EEOC counsel and I advised Deborah Goltz yesterday by telephone, pursuant to the Court's Order Regarding Notification to Select Third Party Decisionmaker (Dkt. 131), the parties are writing to confirm with the Court that we have selected Pamela R. Harwood to serve as the third-party decision maker for the above referenced case. It is a joint request that Pamela R. Harwood be so appointed.

We greatly appreciate your time and assistance with this matter.

Respectfully submitted,

F. R. Damm
Counsel for Defendant

FRD/jlk
cc: Nedra Campbell, Esq.

Indianapolis • Chicago • Washington, D.C. • Los Angeles • Chattanooga • Detroit • Spokane • Dallas/Fort Worth

SERVICES OUTSIDE CALIFORNIA AND MICHIGAN PROVIDED BY SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, PROFESSIONAL CORPORATION
SERVICES IN MICHIGAN PROVIDED BY SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, PROFESSIONAL LIMITED LIABILITY COMPANY
SERVICES IN CALIFORNIA PROVIDED BY SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LIMITED LIABILITY PARTNERSHIP